**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| AMERICAN PATENTS LLC, | CIVIL ACTION NO. 6:21-cv-636-ADA |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| NEWELL BRANDS INC. and BRK BRANDS, INC., | |
| Defendants. | |
| AMERICAN PATENTS LLC, | CIVIL ACTION NO. 6:21-cv-638-ADA |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| XEROX CORPORATION and DAHILL OFFICE TECHNOLOGY CORPORATION D/B/A XEROX BUSINESS SOLUTIONS SOUTHWEST, | |
| Defendants. | |

## JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

The parties have conferred regarding submission of an agreed proposed Protective Order to protect certain information in the above-captioned cases. The parties jointly submit the agreed proposed Protective Order, which is attached as Exhibit A, and respectfully request its entry in the above-captioned cases.

Dated: January 13, 2022                     Respectfully submitted,

*/s/ Zachariah S. Harrington*

Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Christopher Ryan Pinckney
Texas Bar No. 24067819
ryan@ahtlawfirm.com
ANTONELLI, HARRINGTON & THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM
815 South Broadway Avenue
Tyler, Texas 75701
(903) 593-7000
(903) 705-7369 fax

*Attorneys for American Patents LLC*

Dated: January 13, 2022

/s/ Michael C. Smith
Michael C. Smith
State Bar No. 18650410
Scheef & Stone, LLP
113 E. Austin Street
Marshall, Texas 75670
Office: (903) 938-8900
michael.smith@solidcounsel.com

Walter Hill Levie III (*pro hac vice*)
Gregory J. Carlin (*pro hac vice*)
Lee G. Hamilton (*pro hac vice*)
Meunier Carlin & Curfman LLC
999 Peachtree Street NE, Suite 1300
Atlanta, Georgia 30309
Office: (404) 645-7700
Facsimile: (404) 645-7707
tlevie@mcciplaw.com
gcarlin@mcciplaw.com
lhamilton@mcciplaw.com

*Counsel for Defendant BRK Brands, Inc.*

Dated: January 13, 2022

/s/ Genevieve M. Halpenny
Genevieve M. Halpenny (*pro hac vice*)
Thomas Hoehner (*pro hac vice*)
Denis J. Sullivan (*pro hac vice*)
**BARCLAY DAMON, LLP**
Barclay Damon Tower
125 East Jefferson Street
Syracuse, NY 13202
(315) 425-2700 (Telephone)
(315) 703-6249 (Facsimile)
thoehner@barclaydamon.com
dsullivan@barclaydamon.com
ghalpenny@barclaydamon.com

Barry K. Shelton
Texas State Bar No. 24055029
**SHELTON COBURN LLP**
311 RR 620, Suite 205
Austin, TX 78734-4775
bshelton@sheltoncoburn.com
(512) 263-2165 (Telephone)

(512) 263-2166 (Facsimile)

*Attorneys for Defendants Xerox
Corporation and Dahill Office
Technology Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of January, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Zachariah S. Harrington*
Zachariah S. Harrington

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with counsel for the defendants and they have consented to the filing of this as a joint motion.

*/s/ Zachariah S. Harrington*
Zachariah S. Harrington